1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

**ORIGINAL FILED**
FEB 1 3 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C 08 00935 CW |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| v. | |
| Brandon S. Perkins and Does 1 – 10, inclusive, | CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | |

   Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated: February 13, 2008          J. Andrew Coombs, A Professional Corp.


                                  By: _____
                                      J. Andrew Coombs
                                      Annie S. Wang
                                  Attorney for Plaintiff Adobe Systems Incorporated